583 A.2d 345

DIVISION OF MOTOR VEHICLES v. MICHAEL J. ARNONE.

March 26, 1990.

Petition for certification denied.

583 A.2d 345

REPUBLIC INSURANCE COMPANY v. CONTINENTAL
INSURANCE COMPANY.

March 26, 1990.

Petition for certification denied.

583 A.2d 345

FRANK RACIOPPI v. ROBERT HELSTOSKI.

March 26, 1990.

Petition for certification denied.

583 A.2d 346

IN THE MATTER OF JAMES E. REKULAK, CHIEF, BUREAU OF
MANAGEMENT AUDITS (PS1867R), UTILITY MANAGEMENT
ANALYST (S4607J) AND SUPERVISING UTILITY MANAGE-
MENT ANALYST (S4603J) v. DEPARTMENT OF PERSONNEL.

March 26, 1990.

Petition for certification denied.